# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

## NOTICE TO DISTRICT COURT COUNSEL
_____

No.  16-6027,    <u>US v. Carlos Caro</u>

2:03-cr-10115-JPJ-1, 2:13-cv-80555-JPJ

We note that you represented appellant in the district court. If you intend to represent appellant on appeal without appointment by this court, you should file an **appearance of counsel form**.

If you wish to seek appointment on appeal, you may file a motion to appoint counsel setting forth the reasons why representation is required on appeal.

RJ Warren, Deputy Clerk
804-916-2702