## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA
      Plaintiff - Appellee

vs.

CARLOS DAVID CARO
      Defendant - Appellant

Case Number 16-6027

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 2255(g), 18 U.S.C. § 3599, and Fourth Circuit Local Rule 46(d), Carlos David Caro, an indigent federal prisoner under a sentence of death, respectfully moves for the appointment of undersigned counsel to represent him in the instant appeal pending before this Court. Undersigned counsel were appointed in the proceedings below. *See* Order, *United States v. Caro*, Case No. 2:03-cr-10115, ECF No. 190 (W.D. Va. filed Jan. 14, 2013). Mr. Caro seeks the assistance of counsel due to the fact that this case is related to his pending capital appeal (Case No. 16-1).

As such, Mr. Caro respectfully asks the Court to appoint Jon M. Sands, Federal Public Defender for the District of Arizona, and Larry Shelton, Federal Public Defender for the Western District of Virginia, to represent him in the above-referenced appeal. Assistant Federal Public Defender Robin Konrad will serve as

1

lead counsel, and Assistant Federal Public Defenders Brian Beck and Fay Spence

will serve as co-counsel.


Respectfully submitted this 8th day of January, 2016.


s/Robin C. Konrad
Jon M. Sands
Federal Public Defender
Robin C. Konrad (Ala. Bar No. 2194-N76K)
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
robin_konrad@fd.org
602.382.2816 / 602.889.3960 facsimile

Fay F. Spence (Virginia Bar No. 27906)
Federal Public Defender's Office
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
540.777.0880 / 540.777.0890 facsimile

Brian J. Beck (Virginia Bar No. 78049)
Federal Public Defender's Office
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
276.619.6080 / 276.619.6090 facsimile

## Certificate of Service

I certify that on January 8, 2016, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the address listed below: N/A


Elise Knepper                                    January 8, 2016
Assistant Paralegal                              Date