FILED:  January 14, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-6027
(2:03-cr-10115-JPJ-1)
(2:13-cv-80555-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for appointment of counsel, the court grants the motion. The court appoints the Federal Defender of Arizona as lead counsel and the Federal Defender for the Western District of Virginia as co-counsel to represent Carlos David Caro on appeal.

For the Court

/s/ Patricia S. Connor, Clerk