# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 14, 2016

_____

## RECORD REQUEST
_____

No.  16-6027,    US v. Carlos Caro

2:03-cr-10115-JPJ-1, 2:13-cv-80555-JPJ

TO:   Julia C. Dudley

Please transmit the record in the above-referenced case to this office. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office (this includes paper state court records filed in the district court).

For appeals in social security cases, please transmit any social security records filed in the district court. For appeals in criminal cases, the presentence report is required. If there is anything that will delay transmission of the record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702