FILED: August 10, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6027
(2:03-cr-10115-JPJ-1)
(2:13-cv-80555-JPJ)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CARLOS DAVID CARO

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for extension, the court grants the motion. The court extends the informal preliminary briefing schedule as follows:

Informal opening brief due: 11/17/2016

For the Court

/s/ Patricia S. Connor, Clerk