No. 16-6027

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, Plaintiff-Appellee,

vs.

CARLOS DAVID CARO, Defendant-Appellant.

Appeal from the United States District Court for the Western District of Virginia
Hon. James P. Jones, District Judge, Presiding
Dist. Ct. No. 2:03CR10115

## JOINT APPENDIX TO INFORMAL OPENING BRIEF

JON M. SANDS
Federal Public Defender
District of Arizona
TIMOTHY M. GABRIELSEN
Nevada Bar No. 8076
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701
tim_gabrielsen@fd.org
Tel. (520) 879-7614
Facsimile (520) 622-6844

FAY F. SPENCE
Virginia Bar No. 27906
First Assistant Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
fay_spence@fd.org
Tel. (540) 777-0880
Facsimile (540) 777-0890

BRIAN J. BECK
Virginia Bar No. 78049
Assistant Federal Public Defender
201 Abingdon Place
Abingdon, Virginia 24211
brian_beck@fd.org
Tel. (276) 619-6080
Facsimile (276) 619-6090

*Counsel for Defendant-Appellant Carlos David Caro*

## U.S. District Court Docket and Transcripts

JA 1          Dkt. 6 – Superseding Indictment filed December 11, 2003;

JA 6          Dkt. 131 – Plea Agreement filed June 30, 2004;

JA 14         Transcript (guilty plea), USA v. Carlos Caro, 2:03CR115, August 3, 2004;

JA 32         Transcript (sentencing) USA v. Carlos Caro, 2:03CR115, November 1, 2004;

JA 39         Dkt. 168 – Judgment (guilty plea) filed November 1, 2004;

JA 45         Dkt. 189 – Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed November 11, 2013;

JA 56         Dkt. 189-1 – Exhibits to Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed November 11, 2013;

JA 80         Dkt. 195 – Motion to Dismiss, filed February 6, 2013;

JA 87         Dkt. 196 – Response to Motion to Dismiss, filed February 20, 2013;

JA 101        Dkt. 196-1 – Exhibits to Response to Motion to Dismiss, filed February 20, 2013;

JA 173        Dkt. 198 – Reply to Response to Motion to Dismiss, filed March 5, 2013;

JA 181        Transcript, (Government's motions to dismiss capital and non-capital § 2255 motions) USA v. Carlos Caro, 1:06CR1/2:03CR115, November 25, 2013;

JA 254        Dkt. 202 – Opinion, USA v. Carlos Caro, 2:03CR10115, May 4, 2015;

JA 268        Dkt. 205 – Rule 59(e) Motion, filed June 1, 2015;

JA 278        Dkt. 209 – Response to Rule 59(e) Motion, filed July 2, 2015;

JA 293        Dkt. 210 – Reply to Response to Rule 59(e) Motion, filed July 16, 2015;

JA 299        Dkt. 211 – Opinion and Order, filed November 6, 2015;

JA 302      Dkt. 212 – Notice of Appeal, filed January 4, 2016